IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JASON REEVES, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>FINANCIAL CONSULTING & TRADING INTERNATIONAL, INC.,<br><br>　　Defendant. | No. 2:10-cv-02666-JPM-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal with prejudice (D.E. 46), filed June 26, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Stipulation of Dismissal, all claims by Plaintiff against Defendant be and hereby are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

June 27, 2012
Date